# Notice Recipients

District/Off: 0860–4          User: admin                Date Created: 3/18/2026
Case: 4:26–bk–11015          Form ID: oredefic          Total: 3


**Recipients of Notice of Electronic Filing:**
ust          U.S. Trustee (ust)          USTPRegion13.LR.ECF@usdoj.gov
tr           Stanley Bond               attybond@me.com

                                                            TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Elyssa Jo Propst          902 W. Sevier St.          Benton, AR 72015

                                                            TOTAL: 1