Form mddfee

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:     Elyssa Jo Propst
           Debtor

Case No.: 4:26−bk−11015
Chapter:  7
Judge:  Richard D. Taylor

## MEMORANDUM OF DOCUMENT DEFICIENCY

TO: Elyssa Jo Propst                                    Pleading Number: 1

The following deficiency was found in your recent filing. Failure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set.

**Pleading Requiring Fee:** The document type selected for filing required no filing fee or no fee was paid; however, a review of the document filed indicates that a filing fee is due.

If you filed the document as a child support creditor or representative, Form 2810 is required to be filed in the case to be considered exempt from the filing fee.

**ATTORNEYS:** Please immediately complete and sign the One−Time Credit Card Authorization form, found on our website at www.arb.uscourts.gov/forms/ccauthfillable.pdf and fax to 501−374−2345.

**PRO SE PARTY(S):** Please immediately pay this fee by cash, money order, or certified check, in person or by mail:

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

Fee Amount Due: 338.00

Dated: 3/18/26

Linda McCormack, Clerk
By: Mary Beth Mansfield
Deputy Clerk