# Notice Recipients

District/Off: 0860–4          User: admin                    Date Created: 3/18/2026

Case: 4:26–bk–11015          Form ID: mddfee                Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Elyssa Jo Propst          902 W. Sevier St.          Benton, AR 72015

TOTAL: 1