Elyssa Propst
Eastern District of Arkansas

List of Creditors
26-11015

Benton Utilities Administration
1827 Dale Avenue
Benton, AR 72015
501-776-5930

RECEIVED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OR AR

MAR 2 4 2026

LINDA McCORMACK CLERK by _____

Bridgecrest
7465 E Hampton Ave
Mesa, AZ 85209
800-967-8526
BAC NMLS ID 1573795

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
03/24/26          10:49 am
LINDA McCORMACK, CLERK
By:  Lisa McDaniel
DEPUTY CLERK

Many Hopes
PO Box 156
New York, New York 10108
848-278-7245

EdFinancial Services
US Department of Education
1-01 DL Consolidated-Unsubsidized
Income-based repayment
NMLS Company ID:  1509247

Family Practice Associates
1304 Military Road
Benton, AR 72015
501-778-0934

Global Holdings, LLC
15 W. 16th Street, Suite 1600
Tulsa, OK 74119
800-398-7191

Lapcorp L ca Choice Uhc
358 S. Main Street
Burlington, NC 27215-5837

Realty One Group Pinnacle/FLEX payment plans
107 Progress Way Ste. 200
Bryant, AR 72022

Saline County Disposal
401 Willow Street
Benton, AR 72015
501-249-8743

2-pgs-otc

Saline County, AR Tax
Jennifer Carter, Collector
215 N Main St, Suite 3
Benton, AR 72015
501-303-5620

Sparklight
Cable One, Inc
210 E. Earll Drive
Phoenix, AZ 85012
833-807-1020

State Farm - DJ Motley
203 E Narroway Street, Suite 100
Benton, AR 72015
501-778-2323

Summit Utilities, Inc.
1400 Center View Drive
Little Rock, AR 72211

Unleashed Brand
2350 Airport Freeway, Suite 505
Bedford, TX 76022
888-435-7151

Verizon Wireless
Basking Ridge Operational Headquarters
One Verizon Way
Basking Ridge, NJ 07920

*Elyssa J. Proper*
3/24/26